**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett, SBN 5855
2141 E. Camelback Rd., Suite 100
Phoenix, Arizona 85012
Telephone: (602) 279-1717
Facsimile: (602) 279-8908
gbarrett@wardkeenanbarrett.com

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
Telephone: (484) 324-6800

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MATTHEW SCIABACUCCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION COMPANY, RICHARD H. DOZER, GLENN BROWN, JOSE CARDENAS, JERRY MOYES, WILLIAM RILEY III, DAVID VANDER PLOEG, BISHOP MERGER SUB, INC., and KNIGHT TRANSPORTATION, INC.,<br><br>Defendants. | Case No.: 2:17-CV-01683-JZB<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)**

WHEREAS, on May 31, 2017, plaintiff commenced this action alleging defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, subsequent to the filing of this action, defendants took steps that mooted the claims asserted in plaintiff's complaint (the "Mooting Actions");

WHEREAS, as part of the agreement with defendants to obtain the Mooting Actions, plaintiff agreed to dismiss this action with prejudice as to himself and without prejudice to the putative class;

WHEREAS, plaintiff believes that, as a result of the Mooting Actions, he has conferred a common corporate benefit on the stockholders of defendant Swift Transportation Company such that his counsel are entitled to seek and recover attorneys' fees and expenses (the "Fee and Expense Claim");

WHEREAS, counsel for plaintiff and defendants have conducted negotiations and successfully resolved the Fee and Expense Claim; and

WHEREAS, no class has been certified;

**NOW, THEREFORE, PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff Matthew Sciabacucchi and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice as to plaintiff and without prejudice as to all other members of the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action. Except as otherwise agreed, each party shall bear its own costs.

| | | |
|---|---|---|
| 1 | Dated:  November 6, 2017 | s/Gerald Barrett |
| 2 | | Gerald Barrett, SBN 5855 |
| | **OF COUNSEL:** | WARD, KEENAN & BARRETT, P.C. |
| 3 | | 2141 E. Camelback Rd., Suite 100 |
| | **RIGRODSKY & LONG, P.A.** | Phoenix, Arizona  85012 |
| 4 | Brian D. Long | Telephone:  (602) 279-1717 |
| 5 | Gina M. Serra | Facsimile:  (602) 279-8908 (fax) |
| | 2 Righter Parkway, Suite 120 | gbarrett@wardkeenanbarrett.com |
| 6 | Wilmington, DE  19803 | |
| 7 | Telephone: (302) 295-5310 | *Attorneys for Plaintiffs* |
| 8 | **RM LAW, P.C.** | |
| | Richard A. Maniskas | |
| 9 | 1055 Westlakes Drive, Suite 3112 | |
| 10 | Berwyn, PA  19312 | |
| | Telephone:  (484) 324-6800 | |

3